IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Furnell Mills #A592-650
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # A592-650

vs.

Officer Cambel
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

1:22 CV 786

FILED
MAY 12 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**JUDGE FLEMING**

**MAG. JUDGE BAUGHMAN**

## COMPLAINT

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

Furnell Mills #A592-650
NAME - FULL NAME PLEASE - PRINT

P.O. BOX 788
ADDRESS: STREET, CITY, STATE AND ZIP CODE
Mansfield, Ohio 44901

N/A
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

- A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

- B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

    1. PARTIES TO THIS PREVIOUS LAWSUIT

        PLAINTIFFS:
        N/A

        DEFENDANTS:
        N/A

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)
        N/A

    3. DOCKET NUMBER
        N/A

    4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED
        N/A

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)
        N/A

    6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT
        N/A

    7. APPROXIMATE DATE OF THE DISPOSITION
        N/A

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (X) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

   I, PLAINTIFF Mills first filed an Informal complaint and then file an Grievance Form, and file Appeal Grievance. See Exhibit (A), attached hereof.

2. WHAT WAS THE RESULT?

   The Inspector's has denied each Informal Complaint and Grievance against this matter and the Chief Inspector has also denied plaintiff Mills Appeal Grievance. See Copies of Informal Complaint; and Grievance; and Appeal decisions, as attached as Exhibit (A).

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

   N/A

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

   N/A

2. WHAT WAS THE RESULT?

   N/A

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. __OFFICER CAMBEL__
   NAMES - FULL NAME PLEASE

   __1150 North Main Street, Mansfield, Ohio 44901__
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. 

3. 

4. 

5. 

6. 

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

**STATEMENT OF CLAIM**

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

This is a civil right action with jury demand for, but not limited to Declaratory Judgment and Injunctive Relief with monetary demand against officials and employee's of Ohio Department of Rehabilitation & Correction, (ODRC), and the Mansfield Correctional Institution (MANCI), officials and employee's, to redress the continuing deprivations of rights scured by the Eighth Amendment Constitutional rights of Cruel and Unusual Punishment, as well as Ohio's Constitutional rights, being this action herein are all violative of the civil rights act of 1871, Rev. Stat. 1979, as amended to title 42 U.S.C. 1983. This illegal acts and conduct of the named Defendant Correctional Officer Cambel as alleged in detail below, constitutes willful and intentional misconduct, for Defendant Correctional Officer "Assaulting Plaintiff Furnell Mills", by on March 11, 2022, while i was in Segregation of (SMU2), and my arm was outside of the cuffport in (SMU2), and Defendant Correctional Officer Cambel slammed my writ inside of the cuffport, which result my hand to bleeding and i couldn't rotate my wrist fully. This incident was recored per (MANCI) security video footage, which i wrote (MANCI MAJOR MR. BARLOW), and asked him to save that video footage. Now, right after this incident i asked the officers to give me medical attention on my hands and i was denied Medical attention, despite my hand was bleeding. So, Plaintiff Mills was injury and still is injury, because i can not used my hands to write or eat or for any other thing. And i am still being denied Medical Attention as someboby else type this Complaint.

-5-

## RELIEF

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

Plaintiff, Furnell Mills seeks a Declaratory Judgment as to the following;

(1). That Plaintiff Furnell Mills were "Assaulted" by Correctional Officer Cambel by intentional trying to shut the Cuffport by my hands and arm were still outside the cuffport;

(2). That Plaintiff, Furnell Mills is still injury for Officer Cambel "Assaulting " me plaintiff Mills;

(3). That Plaintiff Mills were denied Medical Attention by the MANCI prison;

Plaintiff, Furnell Mills further seeks monetary relief in the form of Twentt Thousand Dollars ($20.000.00) from Correctional Officer as Compensatory Damages and Fifth Thousand Dollars $50,000.00 from Correctional Officer as Punitive Damages, for a total of ($70.000.00) from Correctional Officer Cambel. Also, that this Court decree Defendant pay the Court Cost and filing fee's incurred by this action.

SIGNED THIS 4th DAY OF May, 20 22

*[signature]*
SIGNATURE OF PLAINTIFF